# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Atkinson v. Metropolitan Life Ins. Co. et 19183
Barner v. Barrarr ....................19188
Cleve. Forge Co. v. Travelers Ind. Co...19185
Chase v. Chase .......................19182
List v. Burley Tobacco Growers Co-op...19180
National Coal Co. v. Mattsy ..........19189
N. Y. C. St. L. R. Co. v. Biermacher....19190
O'Connell v. O'Connell ...............19181
Rose Robbins Co. v. Fairfield Eng. Co...19184
Simpson v. Fourth Nat. Bank .........19187
Thayer v. Sheriff of Hamilton County ..19186
Wilson et v. Veenand .................19191

### JUNE 1, 1925

19180—Ed List v. Burley Tobacco Growers Co-op. Ass'n. Brown Appeals. Motion to certify. Blair & Blair, Portsmouth, Young & Barnes, Georgetown, Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for pltf; Harry E. Parker, Campbell and Frebis, Georgetown, Eli H. Speidel, Batavia, Mouliner, Bettman and Hunt, Cincinnati, Robert H. Hays, Lexington, Ky., Aaron Sapira Chicago for deft.

19181—J. P. O'Connell v. Ella O'Connell; motion to Allen Appeals. S. A. Armstrong, Lima, for pltf; Klinger & Klinger, Lima, for deft.

19182—Wallace S. Chase v. Agnes S. Chase. Cuyahoga Appeals, motion to certify. Melville W. Vickery, Cleveland, for pltf; Bernon Mulligan, Keeley & Le Fever, Cleveland, for deft.

### JUNE 2, 1925

19183—Eliza Atkinson v. Metropolitan Life Ins. Co. et al. Columbiana Appeals, motion to certify. K. L. Cobourn, Salem, for pltf; for deft., not given.

19184—Rose Robbins Co. v. Fairfield Eng. Co. Cuyahoga Appeals, motion to certify. Locher, Green & Woods, Cleveland, for pltf; W. K. Gardner, Cleveland, for deft.

### JUNE 4, 1925

19185—Cleveland Drop Forge Co. v. Travelers Indemnity Co. Cuyahoga Appeals, motion to certify. Bulkley, Hauxhurst, Jamison & Sharp, Frank Cull, Wm. R. Daly, Cleveland, for pltf; Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for deft.

19186—Robert G. Thayer ex parte v. Sheriff of Hamilton County. Error to Hamilton Appeals. Leo J. Brumleve Henry B. Street, Cincinnati, for pltf; Simeon M. Johnson, for sheriff.

19187—Wilbur E. Simpson, admr. v. Fourth National Bank of Cadiz, Ohio. Harrison Appeals, motion to certify. Thornburg & Lewis, St. Clairsville, for pltf; for deft., not given.

### JUNE 5, 1925

19188—Rosamond S. Barner v. George T. Barner. Cuyahoga Appeals, motion to certify. Harriet J. Willis, Cleveland, for pltf; Schwartz & Lustig, Cleveland, for deft.

19189—National Coal Co. v. Gazy Mattsy. Guernsey Appeals, motion to certify. Chas. S. Sheppard, Cambridge, for pltf; Scott & Scott, Cambridge, for deft.

### JUNE 9, 1925

19190—New York, Chicago & St. Louis Railway Co. v. Christian Biermacher. Cuyahoga Appeals, motion to certify. Tolles, Hogsett, Ginn & Morley, Cleveland, for pltf; Anderson, Lamb & Marsteller, Cleveland, for deft.

19191—Romeo C. Wilson et al v. W. C. Veenand. Summit Appeals, motion to certify. F. A. Rees and Roy B. Meade, Akron, for pltf; Donald Gottwald, Akron, for deft.

## PROCEEDINGS OF
## SUPREME COURT

### TUESDAY, JUNE 9, 1925

#### GENERAL DOCKET

18591 to 18597—Lorain St. Ry. Co. v. Public Utilities Com; error to Commission. Orders reversed. Jones, Matthias, Day and Robinson, JJ., concur. Marshall, CJ., Allen and Kinkade, JJ., concur in the judgment but not in the reasons stated in the per curiam. Dock. 5-19-24, 2 Abs. 356.

18620—Nelsonville (City) v. R. Harold Ramsey et al; error to Athens Appeals. Affirmed. Jones, Matthias, Day and Robinson, JJ., concur. Marshall, CJ., Allen and Kinkade, JJ., dissent. Dock. 6-2-24 2 Abs. 387.

18646—Forest Firestone et al v. Cambridge (City) et al; error to Guernsey Appeals. Reversed. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 6-12-24, 2 Abs. 420.

18787—Chas. F. Scheible, Mayor, v. John Hogan; error to Mahoning Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 9-29-24, 2 Abs. 610.

18819—Northern Ohio Traction & Light Co. v. Public Utilities Comm.; error to Commission. Reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-10-24, 2 Abs. 706.

18853—John Hogan et al. v. Public Utilities Comm; error to Commission. Affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-9-24, 2 Abs. 770; OS. Pend. 3 Abs. 52.

18892—Northern Ohio Traction & Light Co. v. Public Utilities Comm; error to Commission. Reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 1-3-25, 3 Abs. 18.

#### MOTION DOCKET

19033—Benedetto Colombi, d. b. a. Colombi Co. v. W. H. Vogel; error dismissed. Case settled. Dock. 3-20-25, 3 Abs. 198.